IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUMMIT FIRE & SECURITY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HECTOR TORRES, ) <br> ) <br> ROBERT JOHNSON, ) <br> ) <br> JOSEPH SCHELL, ) <br> ) <br> MAURO ORTIZ, SR., ) <br> ) <br> and ) <br> ) <br> MAURO ORTIZ, JR., ) <br> ) <br> Defendants. ) | Civil Action No. 3:23cv170 |

## NOTICE OF REMOVAL

Defendants, Hector Torres, Robert Johnson, Joseph Schell, Mauro Ortiz, Sr., and Mauro Ortiz, Jr. (collectively, "Defendants"), by counsel, hereby remove this action pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446 from the Circuit Court for the County of Henrico, Virginia and in support thereof aver as follows:

1. Summit Fire & Security, LLC ("Summit") filed this action against Defendants in the Circuit Court for the County of Henrico, Virginia on March 8, 2023, where it was assigned case number CL23-1729 (the "State Court Action").

2. The State Court Action was initiated through the filing of a civil complaint (the "State Court Complaint") which asserts claims for breach of contract against Defendants Torres, Johnson, Schell, and Ortiz, Sr. (Count 1), claims for breach of contract against Defendants Torres

and Schell (Count 2), a claim for breach of contract against Defendant Ortiz, Jr. (Count 3), a claim for breach of fiduciary duty against Defendant Ortiz, Jr. (Count 4), claims for breach of fiduciary duty against Defendants Torres, Johnson, Schell, and Ortiz, Sr. (Count 5), claims for statutory business conspiracy against Defendants Torres, Johnson, Schell, and Ortiz, Sr. (Count 6), claims of common law conspiracy against Defendants Torres, Johnson, Schell, and Ortiz, Sr. (Count 7), and a claim for conversion against Defendant Schell (Count 8).  A true and correct copy of the filed State Court Complaint is attached as **Exhibit 1**.[1]

3. Defendants, by counsel, voluntarily accepted service of the State Court Complaint by agreement with counsel for Plaintiff on March 9, 2023. A copy of the Summonses directed to each Defendant are attached collectively as **Exhibit 2**.[2]

4. In addition to the State Court Complaint, Defendants were served with an Emergency Motion for Temporary Injunction. A true and correct copy of that motion, accompanying exhibits, and corresponding Notice of Hearing is attached as **Exhibit 3**.

5. Defendants have not responded to the State Court Complaint or the Emergency Motion for Temporary Injunction.

6. Removal of the State Court Action is being made pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446.

7. Removal of the State Court Action is timely, as Defendants have until April 7, 2023 to file a notice of removal, and this Notice is being filed within 30 days of when the State Court Complaint was received by counsel for Defendants. *See* § 1446(b)(2)(B), b(3).

---

[1] Exhibit M to the Complaint is a three-second audio file, which will be submitted to the assigned judge by other means.
[2] Counsel for Defendants did not receive a Summons for Defendant Ortiz, Jr.

8. Jurisdiction for the removal exists as there is complete diversity of citizenship between the Plaintiff and each Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. As set forth in the State Court Complaint, as to the best of each Defendant's knowledge and belief, after a reasonable investigation, Plaintiff Summit Fire and Security, LLC is a limited liability company organized under the laws of the State of Delaware and authorized to conduct business in the Commonwealth of Virginia. Upon information and belief, none of the members of Summit Fire and Security, LLC are residents of the State of Texas.

10. Defendant Torres is an individual who is a citizen of the State of Texas.

11. Defendant Johnson is an individual who is a citizen of the State of Texas.

12. Defendant Schell is an individual who is a citizen of the State of Texas.

13. Defendant Ortiz, Sr. is an individual who is a citizen of the State of Texas.

14. Defendant Ortiz, Jr. is an individual who is a citizen of the State of Texas.

15. In the State Court Complaint, Plaintiff's prayer for relief includes damages that exceed $75,000.00, including, among others, "damages in an amount of no less than Two Hundred and Fifty Thousand Dollars ($250,000.00) . . . treble damages in an amount no less than Seven Hundred and Fifty Thousand Dollars ($750,000.00) . . . award of additional damages in an amount of no less than Eight Thousand Dollars ($8,000.00) . . . [and] [a]n award of punitive damages in an amount no less than Three Hundred and Fifty Thousand Dollars ($350,000.00)."

16. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1441 (b) because the U.S. District Court for the Eastern District of Virginia, Richmond Division is the federal judicial district embracing the Henrico Circuit Court where the State Court Action was originally filed.

17.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action, which includes the State Court Complaint, Summonses, Emergency Motion for Temporary Injunction, and Notice of Hearing, are being filed with this Notice of Removal.

18.     By this Notice of Removal, Defendants do not waive any objections they may have under Federal Rule 12(b), or as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action.  Defendants intend no admission of fact, law, or liability by this Notice of Removal, and expressly reserve all defenses, motions, and/or pleas.

Respectfully submitted,

**HECTOR TORRES,
ROBERT JOHNSON,
JOSEPH SCHELL,
MAURO ORTIZ, SR., and
MAURO ORTIZ, JR.**

By: /s/ *Kasey L. Hoare*
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
Kasey L. Hoare (VSB No. 92289)
khoare@spottsfain.com
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

Simon W. Hendershot, III
(*pro hac vice* application forthcoming)
trey@hchlawyers.com
Katie L. Cowart
(*pro hac vice* application forthcoming)
kcowart@hchlawyers.com
Raymond L. Panneton
(*pro hac vice* application forthcoming)
rpanneton@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas  77057

Telephone: (713) 783-3110
Facsimile: (713) 783-2809

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2023, I sent a copy of the foregoing by U.S. Mail to counsel for the Plaintiff at the following address:

John P. O'Malley (VSB No. 92439)
J. Buckley Warden IV (VSB No. 79183)
*Thompson*McMullan P.C.
100 Shockoe Slip, 3rd Fl.
Richmond, VA 23219
Telephone: (804) 649-7545
Fax: (804) 780-1813
jomalley@t-mlaw.com
bwarden@t-mlaw.com
*Counsel for Summit Fire & Security, LLC*

By: /s/ *Kasey L. Hoare*
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
Kasey L. Hoare (VSB No. 92289)
khoare@spottsfain.com
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

Simon W. Hendershot, III
(*pro hac vice* application forthcoming)
trey@hchlawyers.com
Katie L. Cowart
(*pro hac vice* application forthcoming)
kcowart@hchlawyers.com
Raymond L. Panneton
(*pro hac vice* application forthcoming)
rpanneton@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas  77057
Telephone:  (713) 783-3110
Facsimile:   (713) 783-2809
*Counsel for Defendants*